# BEFORE
# THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION** | **MDL DOCKET NO. 3064** |

## PROOF OF SERVICE

I, Garrett D. Blanchfield, hereby certify that on December 16, 2022, I caused the foregoing document to be electronically filed and served through the CM/ECF system, via e-mail to parties on the attached Service List.

*/s/Garrett D. Blanchfield*
Garrett D. Blanchfield
Reinhardt Wendorf & Blanchfield
332 Minnesota St., Suite W1050
St. Paul, MN  55101
Tel:  651-287-2100
Email:  g.blanchfield@rwblawfirm.com

# IN RE: HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION

## MDL NO. 3064

## SERVICE LIST

| PARTY | COUNSEL |
|---|---|
| Plaintiff Edward Heymer | Alex R. Straus<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>280 S. Beverly Drive<br>Beverly Hills, CA 90212<br>astraus@milberg.com<br><br>Elizabeth McKenna<br>Michael A. Acciavatti<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>405 East 50th Street<br>New York, NY 10022<br>emckenna@milberg.com<br>macciavatti@milberg.com<br><br>Arthur Stock<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>astock@milberg.com |
| Defendant Harley-Davidson, Inc. | Howard B. Iwrey<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Ave., Suite 300<br>Bloomfield Hills, MI 48304<br>hiwrey@dykema.com |
| Defendant Harley-Davidson Motor Company Group, LLC | Howard B. Iwrey<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Ave., Suite 300<br>Bloomfield Hills, MI 48304<br>hiwrey@dykema.com |

| | |
|---|---|
| | Michael R. Carey<br>Mickey L. Stevens<br>DYKEMA GOSSETT PLLC<br>4000 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402 mcarey@dykema.com<br>mstevens@dykema.com<br><br>Paul Nystrom<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Ave., Suite 300<br>Bloomfield Hills, MI 48304<br>pnystrom@dykema.com<br><br>John Mark Thomas<br>DYKEMA GOSSETT PLLC<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>jthomas@dykema.com<br><br>Tamara Alicia Bush<br>DYKEMA GOSSETT LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>tbush@dykema.com<br><br>Michelle M. Byers<br>CAMPBELL CONROY & O'NEIL P.C.<br>One Constitution Wharf, Suite 310<br>Boston, MA 02129<br>mbyers@campbell-trial-lawyers.com |

| | |
|---|---|
| Defendant Harley-Davidson Motor Company Group, Inc. | Howard B. Iwrey<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Ave., Suite 300<br>Bloomfield Hills, MI 48304<br>hiwrey@dykema.com<br><br>John Mark Thomas<br>DYKEMA GOSSETT PLLC<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>jthomas@dykema.com<br><br>Tamara Alicia Bush<br>DYKEMA GOSSETT LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>tbush@dykema.com |
| Plaintiffs Jacqueline Assise and Robert Assise | Carl V. Malmstrom<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, IL 60604<br>malmstrom@whafh.com<br><br>Thomas H. Burt<br>Lillian Grinnell<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016<br>burt@whafh.com<br>grinnell@whafh.com |
| Plaintiff James Billings<br><br>Plaintiff Rita Weaver<br><br>Plaintiff Jerome Wagner | Julian C. Diamond<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave, Third Floor<br>New York, NY 10019<br>jdiamond@bursor.com<br><br>Neal Deckant<br>Joel D. Smith<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>ndeckant@bursor.com<br>jsmith@bursor.com |

| | |
|---|---|
| Plaintiff James Billings | James J. Reardon, Jr.<br>REARDON SCANLON LLP<br>45 South Main Street, 3rd Floor<br>West Hartford, CT 06107<br>james.reardon@reardonscanlon.com |
| Plaintiff Scott Hutley | Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>hmsilton@locklaw.com<br><br>Arthur N. Bailey<br>RUPP BAASE PFALZGRAF CUNNINGHAM LLC<br>111 West 2nd Street #1100<br>Jamestown, NY 14701<br>bailey@ruppbaase.com<br><br>Marco Cercone<br>RUPP BAASE PFALZGRAF CUNNINGHAM LLC<br>1600 Liberty Building<br>424 Main Street<br>Buffalo, NY 14202<br>cercone@ruppbaase.com |
| Plaintiff Scott Koller | Seth A. Safier<br>Marie M. McCrary<br>GUTRIDE SAFIER LLP<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>seth@gutridesafier.com<br>marie@gutridesafier.com |

| | |
|---|---|
| Plaintiff Curtis Perry | Garrett D. Blanchfield<br>Brant D. Penney<br>REINHARDT WENDORF & BLANCHFIELD<br>332 Minnesota Street, Suite W1050<br>g.blanchfield@rwblawfirm.com<br>b.penney@rwblawfirm.com<br><br>Brian Murray<br>Lee Albert<br>Brian Brooks<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>bmurray@glancylaw.com<br>lalbert@glancylaw.com<br>bbrooks@glancylaw.com<br><br>Jon A. Tostrud<br>TOSTRUD LAW GROUP, PC<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>tostrud@tostrudlaw.com<br><br>William G. Caldes<br>Jeffrey L. Spector<br>Icee N. Etheridge<br>SPECTOR ROSEMAN & KODROFF PC<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>bcaldes@srkattorneys.com<br>jspector@srkattorneys.com<br>ietheridge@srkattorneys.com |
| Plaintiff Jerome Wagner | Gerald Barrett<br>WARD, KEENAN & BARRETT, PC<br>3838 N. Central Avenue, Suite 1720<br>Phoenix, AZ 85012<br>gbarrett@wardkeenanbarrett.com |