# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Harley-Davidson Aftermarket Parts Marketing,

Sales Practices, and Antitrust Litigation                              MDL No. 3064

## NOTICE OF APPEARANCE
## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| James Billings | Harley-Davidson Motor Company Group, LLC | D. Massachusetts | 1:22-cv-11747 | Judge Patti B. Saris |
| Rita Weaver | Harley-Davidson Motor Company Group, LLC | N.D. New York | 1:22-cv-01142 | Judge Glenn T. Suddaby |
| Jerome Wagner | Harley-Davidson Motor Company Group, LLC | D. Arizona | 2:22-cv-01912 | Judge G. Murray Snow |