BEFORE
THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | MDL DOCKET NO. 3064 |

## PROOF OF SERVICE

I, Joel D. Smith, hereby certify that on January 4, 2023, I caused the foregoing document to be electronically served through the CM/ECF system, via email to the following counsel:

**Defendant Harley-Davidson, Inc.:**
**Defendant Harley-Davidson Motor Company Group, LLC:**
Howard B. Iwrey
**Dykema Gossett PLLC**
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
hiwrey@dykema.com

**Plaintiffs Jacqueline Assise and Robert Assise (via ECF/email):**
Thomas H. Burt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
tburt@whafh.com

**Plaintiff Edward Heymer (via ECF/email):**
Alex R. Straus
**Milberg Coleman Bryson**
**Phillips Grossman, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (917) 471-1894
Fax: (310) 496-3176
astraus@milberg.com

Peggy J. Wedgworth
Elizabeth McKenna

Michael A. Acciavatti
**Milberg Coleman Bryson**
**Phillips Grossman, PLLC**
405 East 50th Street
New York, NY 10022
Tel: (212) 594-5300
Fax: (212) 868-1229
pwedgworth@milberg.com
emckenna@milberg.com
macciavatti@milberg.com

Arthur Stock
**Milberg Coleman Bryson**
**Phillips Grossman, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (866) 252-0878
Fax: (865) 522-0049
astock@milberg.com

**Plaintiff Scott Hutley (via ECF/email):**
Arthur N. Bailey
**Rupp Baase Pfalzgraf**
**Cunningham LLC**
111 West 2nd Street #1100
Jamestown, NY 14701
Tel: (716) 854-3400
bailey@ruppbaase.com

Marco Cercone, Esq.
**Rupp Baase Pfalzgraf**
**Cunningham LLC**
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
(716) 854-3400
cercone@ruppbaase.com

W. Joseph Bruckner
Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
**Lockridge Grindal Nauen PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
wjbruckner@locklaw.com

hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

**Plaintiff Scott Koller (via ECF/email):**
Seth Safier
Marie M. McCrary
**Gutride Safier LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 639-9090
Fax: (415) 449-6469
seth@gutridesafier.com
marie@gutridesafier.com

**Plaintiff Curtis Perry (via ECF/email):**
Garrett D. Blanchfield
Brant D. Penney
**Reinhardt Wendorf & Blanchfield**
332 Minnesota Street, Suite W1050
Tel: (651) 287-2100
Fax: (651) 287-2103
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

Brian Murray
Lee Albert
Brian Brooks
**Glancy Prongay & Murray LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com
bbrooks@glancylaw.com

Jon A. Tostrud
**Tostrud Law Group, PC**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 278-2600
tostrud@tostrudlaw.com
acarter@tostrudlaw.com

William G. Caldes
Jeffrey L. Spector

Icee N. Etheridge
**Spector Roseman & Kodroff PC**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
bcaldes@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

      /s/ *Joel D. Smith*
          Joel D. Smith