# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING, SALES PRACTICES, AND ANTITRUST LITIGATION | MDL DOCKET NO. 3064 |

## PLAINTIFFS SCOTT KOLLER, JAMES BILLINGS, RITA WEAVER, JACQUELINE ASSISE, ROBERT ASSISE, JEROME WAGNER, AND SCOTT HUTLEY REPLY IN SUPPORT OF MOTION FOR TRANSFER OF RELATED ACTIONS TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 <u>FOR CONSOLIDATED PRETRIAL PROCEEDINGS</u>

Plaintiffs Scott Koller, James Billing, Rita Weaver, Jacqueline Assise, Robert Assise, Jerome Wagner, and Scott Hutley agree with Defendants that the Northern District of Illinois is an appropriate venue to centralize the above-titled litigation, and respectfully request that this Panel transfer it there. Furthermore, no other Plaintiff has objected to the Northern District of Illinois or argued that it is not an appropriate forum.

In light of the universal agreement that the Northern District of Illinois is appropriate, the undersigned do not believe that oral argument is necessary.

Dated: January 3, 2023

Respectfully submitted,
*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Thomas H. Burt
Lillian Grinnell
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue

New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
burt@whafh.com
grinnell@whafh.com

*Attorney for Plaintiffs Jacqueline Assise and Robert Assise*

/s/ *Julian C. Diamond*
Julian C. Diamond
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
Tel: (925) 300-4455
Fax: (925) 407-2700
jdiamond@bursor.com

Neal Deckant
Joel D. Smith
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
           jsmith@bursor.com

*Attorneys for Plaintiffs James Billings, Rita Weaver and Jerome Wagner*

/s/ *Seth Safier*
Seth Safier
Gutride Safier LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 336-6545
Fax: (415) 449-6469
seth@gutridesafier.com

*Attorneys for Plaintiff Scott Koller*

/s/ *Heidi M. Silton*
Heidi M. Silton
Lockridge Grindal Nauen PLLP

100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Fax: 612-339-0981
hmsilton@locklaw.com

***Attorney for Plaintiff Scott Hutley***