BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: HARLEY-DAVIDSON AFTERMARKET PARTS MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 3064 |

**EXHIBIT 2 NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT SCHEDULE OF RELATED ACTIONS**

1. *Koller v. Harley-Davidson Motor Company Group, LLC*, Case No. 3:22-cv-04534-LB (N.D. Cal.);

2. *Assise v. Harley-Davidson, Inc.*, Case No. 1:22-cv-06068 (N.D. Ill.);

3. *Wagner v. Harley-Davidson Motor Company Group, LLC*, Case No. 2:22-cv-01912-GMS (D. Ariz.);

4. *Billings v. Harley-Davidson Motor Company Group, LLC*, Case No. 1:22-cv-11747 (D Mass.);

5. *Weaver v. Harley-Davidson Motor Company Group, LLC*, Case No. 1:22-cv-01142-GTS-TWD (N.D.N.Y);

6. *Perry v. Harley-Davidson Motor Company Group, LLC*, Case No. 22-cv-02920 (D. Minn.);

7. *Hutley v. Harley-Davidson Motor Company Group, LLC*, Case No. 1:22-cv-00902 (W.D.N.Y.);

8. *Heymer v. Harley-Davidson Motor Company Group, LLC*, Case No. 5:22-cv-02085, (C.D. Cal.).